1  SMITH, McDOWELL & POWELL,
   A LAW CORPORATION
2  Brad A. McDowell, SBN 207142
   Sean M. Stowers, SBN 303715
3  100 Howe Avenue, Suite 208 South
   Sacramento, CA 95825
4  Telephone: (916) 569-8100

5  Attorneys for Defendant, Cross-Claimant,
   and Third-Party Plaintiff VFORCE INC.

6

7

8

9              UNITED STATES DISTRICT COURT

10          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation;<br><br>Plaintiff,<br><br>v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>Defendants;<br><br>AND RELATED ACTIONS. | Case Number:   2:18-CV-02066-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT AS TO THIRD-PARTY DEFENDANT CHARLES FORBES**<br><br>Compl. Filed:            July 28, 2018<br>First Am. Compl. Filed: January 30, 2019<br>Trial Date:              To be determined |

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff VFORCE, INC. and Third-Party Defendant CHARLES FORBES, through their respective counsel of record, that the Third-Party Complaint by VFORCE is dismissed with prejudice as to CHARLES FORBES only, with each side to bear its own costs and fees.

Dated: June 19, 2020       SMITH, McDOWELL & POWELL,
                           A LAW CORPORATION

                       By: */Sean M. Stowers/*
                           BRAD McDOWELL
                           SEAN M. STOWERS
                           Attorneys for Defendant, Cross-Claimant,
                           and Third-Party Plaintiff VFORCE INC.

Dated: June 19, 2020       FREEMAN MATHIS & GARY, LLP

                       By: _____
                           Joseph Suarez, Esq.
                           Attorneys for Third-Party Defendant
                           CHARLES FORBES

## ORDER

Based upon the Stipulation by and between Third-Party Plaintiff VFORCE, INC. and Third-Party Defendant CHARLES FORBES,

IT IS HEREBY ORDERED that the Third-Party Complaint by VFORCE be dismissed, with prejudice, as to CHARLES FORBES, with each side to bear its owns costs and fees.

Dated: June 19, 2020

                           _____
                           Troy L. Nunley
                           United States District Judge

1

**Stipulation and Order for Dismissal of Third-Party**    *Zurich American Insurance v. VForce Inc., et al.*
**as to Third-Party Defendant Charles Forbes**            Case No. 2:18-CV-02066-TLN-CKD