SMITH, McDOWELL & POWELL,
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Sean M. Stowers, SBN 303715
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100

Attorneys for Defendant, Cross-Claimant,
and Third-Party Plaintiff VFORCE INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation;<br><br>            Plaintiff,<br><br>      v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>            Defendants;<br><br>AND RELATED ACTIONS. | Case Number:   2:18-CV-02066-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT AS TO THIRD-PARTY DEFENDANT HYBRID FINANCIAL GROUP, LLC**<br><br>Compl. Filed:             July 28, 2018<br>First Am. Compl. Filed:  January 30, 2019<br>Trial Date:               To be determined |

/ / /

/ / /

/ / /

/ / /

/ / /

---

**Stipulation and Order for Dismissal of Third-Party**          *Zurich American Insurance v. VForce Inc., et al.*
**as to Third-Party Defendant Hybrid Financial Group, LLC**      Case No. 2:18-CV-02066-TLN-CKD

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff VFORCE, INC. and Third-Party Defendant HYBRID FINANCIAL GROUP, LLC, through their respective counsel of record, that a settlement has been reached by and between the parties with respect to the Third-Party Complaint filed by VFORCE, INC.  Accordingly, the parties request that the Third-Party Complaint by VFORCE be dismissed, with prejudice, as to HYBRID FINANCIAL GROUP, LLC, with each side to bear its owns costs and fees.

Dated: June 17, 2020

SMITH, McDOWELL & POWELL,
A LAW CORPORATION

By: _/Sean M. Stowers/_
BRAD McDOWELL
SEAN M. STOWERS
Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff VFORCE INC.

Dated: June 17, 2020

MURCHISON & CUMMING, LLP

By: _/Lisa D. Angelo/_
Lisa D. Angelo
Nancy N. Potter
Attorneys for Third-Party Defendant
HYBRID FINANCIAL GROUP, LLC

## **ORDER**

Based upon the Stipulation by and between Third-Party Plaintiff VFORCE, INC. and Third-Party Defendant HYBRID FINANCIAL GROUP, LLC,

IT IS HEREBY ORDERED that the Third-Party Complaint by VFORCE be dismissed, with prejudice, as to HYBRID FINANCIAL GROUP, LLC, with each side to bear its owns costs and fees.

Dated: June 22, 2020

_____
Troy L. Nunley
United States District Judge

1

**Stipulation and Order for Dismissal of Third-Party**     *Zurich American Insurance v. VForce Inc., et al.*
**as to Third-Party Defendant Hybrid Financial Group, LLC**     Case No. 2:18-CV-02066-TLN-CKD