Cory Barnwell, Admitted *Pro Hac Vice*
Barnwell Law Group, P.C.
2425 Commerce Avenue, N.W., Suite 300
Duluth, Georgia 30096
cbarnwell@barnwelllawgroup.com
Phone: 678.894.4803
Co-Counsel for Accuire, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO BRANCH**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, New York corporation;<br><br>   Plaintiff,<br><br>   v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California Corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>   Defendants.<br>_____<br><br>AND RELATED ACTIONS.<br>_____ | Case No: 2:18-CV-02066-TLN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

NOTICE IS HEREBY GIVEN in accordance with Local Rule 182(d) and Rule 1.16(b)(4) of the Rules of Professional Conduct of the State Bar of California that Cory Barnwell of the law firm of Barnwell Law Group, P.C., 2425 Commerce Avenue, N.W., Suite 300, Duluth, Georgia 30096 withdraws as counsel of record for Third-Party

Defendant Accuire, LLC ("Accuire") with respect to the above-captioned matter.

NOTICE IS FURTHER GIVEN that Nathan W. Hicks of The Law Offices of Nathan W. Hicks and Associates, PC, 5091 Paris Way, Irvine, California 92604 shall continue as counsel of record for Accuire with respect to the above-captioned matter and that Accuire shall not be left *in propria persona* such that leave of Court is required for the undersigned to withdraw as counsel for Accuire.

Dated: January 28, 2021

**BARNWELL LAW GROUP, P.C.**

By:  /s/ Cory Barnwell
Cory Barnwell
Attorney for Accuire, LLC

**ORDER**

The above withdrawal of counsel is approved.

IT IS SO ORDERED.

Dated: January 28, 2021

Troy L. Nunley
United States District Judge