UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | Case No.: 2:18-CV-02066-TLN-CKD<br><br>**ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER** |

　　　This matter came before the Court on the Joint Ex Parte Application by Defendant, Cross-Complainant and Third-Party Plaintiff VFORCE, INC.'S ("VForce") and Plaintiff ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS' ("Zurich") for an Order Shortening Time for Hearing on Motion to Amend Third Party Complaint and for Modification of the Initial Pretrial Scheduling Order.  (ECF No. 88.)

Upon consideration of VForce's and Zurich's joint ex parte application, the Declarations of Brad McDowell and Lincoln V. Horton, and the supporting Memorandum of Points and Authorities, it is hereby ORDERED that the Initial Pretrial Scheduling Order will be modified to reflect that the discovery cut-off will be continued for one hundred eighty (180) days after the issuance of such order.  The new discovery cut-off deadline will be September 1, 2021.  All other deadlines contained within the Initial Pretrial Scheduling Order that are governed by the discovery cut-off deadline shall be based upon the new discovery cut-off deadline.  Further, the Initial Pretrial Scheduling Order will be modified to reflect that Zurich is granted leave to file a motion for summary judgment as to its complaint against VForce within 21 days of the issuance of this order.

IT IS SO ORDERED.

DATED:  February 9, 2021

.

_____
Troy L. Nunley
United States District Judge