SMITH, McDOWELL & POWELL,
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Sean M. Stowers, SBN 303715
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100

Attorneys for Defendant, Cross-Claimant,
and Third-Party Plaintiff VFORCE INC.

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>　　　　　　Defendants.<br><br>AND RELATED ACTIONS. | Case Number:　　2:18-CV-02066-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:　APRIL 15, 2021**<br>**TIME:　2:00 P.M.**<br>**DEPT:　COURTROOM 2**<br><br>Compl. Filed:　July 28, 2018<br>Trial Date:　　TBD |

　　　The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

　　　1.　The motion by Plaintiff ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS ("Zurich") for Summary Judgment of Its Complaint or Alternatively Partial Summary Judgment as to defenses of Defendant VForce Inc. ("VForce") is currently scheduled for April 15, 2021.

---
1
**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

2. Zurich and VForce request an order from the Court that the hearing date be continued to May 13, 2021 at 2:00 p.m. in Courtroom 2 of this Court. All related filing deadlines will be extended accordingly.

**IT IS SO STIPULATED.**

Dated: March 10, 2021                               SMITH, McDOWELL & POWELL,
                                                    A LAW CORPORATION

                                                    By: /s/ Brad A. McDowell
                                                        BRAD A. McDOWELL
                                                        SEAN M. STOWERS
                                                        Attorneys for Defendant, Cross-Claimant,
                                                        and Third-Party Plaintiff VFORCE INC.

Dated: March 10, 2021                               HORTON VILLAGE LAW GROUP, APC

                                                    By: /s/ Lincoln V. Horton
                                                        LINCOLN V. HORTON
                                                        Attorneys for Plaintiff ZURICH
                                                        AMERICAN INSURANCE COMPANY OF
                                                        ILLINOIS

**ORDER**

Based on the foregoing stipulation of the Parties, the hearing date on the Motion by Zurich for Summary Judgment of Its Complaint or Alternatively Partial Summary Judgment as to defenses of VForce is hereby continued to May 13, 2021 at 2:00 p.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: March 10, 2021

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge