SMITH, McDOWELL & POWELL,
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Sean M. Stowers, SBN 303715
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100

Attorneys for Defendant, Cross-Claimant,
and Third-Party Plaintiff VFORCE INC.

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation;<br><br>                    Plaintiff,<br><br>         v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>                    Defendants.<br><br>AND RELATED ACTIONS. | Case Number:  2:18-CV-02066-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>**DATE:   MAY 13, 2021**<br>**TIME:   2:00 P.M.**<br>**DEPT:   COURTROOM 2**<br><br>Compl. Filed:   July 28, 2018<br>Trial Date:       TBD |

The undersigned, on behalf of their respective clients, hereby stipulate and agree as follows:

1. The motion by Plaintiff ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS ("Zurich") for Summary Judgment of Its Complaint or Alternatively Partial Summary Judgment as to defenses of Defendant VForce Inc. ("VForce") is currently scheduled to be heard on May 13, 2021.

2. That hearing was previously continued from April 15, 2021 per the Parties prior stipulation and order. (ECF Nos. 93 and 94.)

3. Relative to preparing its opposition to Zurich's motion, VForce noticed the depositions of Person(s) Most Qualified for Zurich, as well as an employee and Person(s) Most Qualified for World Wide Specialty Programs, Inc. ("World Wide").  In total, Zurich has identified three representatives to testify about the Fed. R. Civ. P. 30(b)(6) categories identified by VForce in its notice, which along with the two witnesses to be deposed from World Wide, makes five depositions that will be taken.  Due the number of deponents and the unavailability of certain deponents, the depositions will not be completed until mid-April.

4. In order to allow time for the depositions to be completed, the Parties agree to continue the hearing by two weeks, as well as all related filing deadlines.

5. Zurich and VForce hereby request an order from the Court that the hearing date on Zurich's Motion for Summary Judgment be continued to May 27, 2021 at 2:00 p.m. in Courtroom 2 of this Court.  All deadlines related to the instant motion will be based upon the new hearing date.

**IT IS SO STIPULATED.**

Dated: April 5, 2021                                         SMITH, McDOWELL & POWELL,
                                                             A LAW CORPORATION


                                                        By:  _/s/ Brad A. McDowell_____
                                                             BRAD A. McDOWELL
                                                             SEAN M. STOWERS
                                                             Attorneys for Defendant, Cross-Claimant,
                                                             and Third-Party Plaintiff VFORCE INC.


Dated: April 5, 2021                                         HORTON VILLAGE LAW GROUP, APC


                                                        By:  _/s/ Lincoln V. Horton_____
                                                             LINCOLN V. HORTON
                                                             Attorneys for Plaintiff ZURICH
                                                             AMERICAN INSURANCE COMPANY OF
                                                             ILLINOIS

**ORDER**

Based on the foregoing stipulation of the Parties, the hearing date on the Motion by Zurich for Summary Judgment of Its Complaint or Alternatively Partial Summary Judgment as to defenses of VForce is hereby continued to May 27, 2021 at 2:00 p.m. in Courtroom 2. All deadlines related to the instant motion will be based upon that new hearing date.

**IT IS SO ORDERED.**

Dated: April 5, 2021

_____
Troy L. Nunley
United States District Judge