1  SMITH, McDOWELL & POWELL,
   A LAW CORPORATION
2  Brad A. McDowell, SBN 207142
   Sean M. Stowers, SBN 303715
3  100 Howe Avenue, Suite 208 South
   Sacramento, CA 95825
4  Telephone: (916) 569-8100

5  Attorneys for Defendant, Cross-Claimant,
   and Third-Party Plaintiff VFORCE INC.

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation; | Case Number: 2:18-CV-02066-TLN-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE CLOSE OF DISCOVERY** |
| v. | Compl. Filed:   July 28, 2018 |
| VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive; | Trial Date:   To be determined |
|  | Judge   Hon. Troy L. Nunley |
| Defendants. | |
| AND RELATED ACTIONS. | |

**STIPULATION AND ORDER EXTENDING THE CLOSE OF DISCOVERY**

# STIPULATION

PLEASE TAKE NOTICE THAT all parties to this case (the "Stipulating Parties") stipulate as provided below with reference to the following facts:

WHEREAS on November 4, 2020, Defendant, Cross-Complainant, and Third-Party Plaintiff VForce Inc. filed its Motion for Modification of the Initial Pretrial Scheduling Order and for Leave to Amend its Third-Party Complaint, by which it seeks the permission of the Court to file its proposed Second Amended Crossclaim and Third-Party Complaint;

WHEREAS VForce's Motion for Modification of the Initial Pretrial Scheduling Order and for Leave to Amend its Third-Party Complaint has been fully briefed and the Court has taken the matter under submission as of November 25, 2020;

WHEREAS on March 2, 2021, Plaintiff Zurich American Insurance Company of Illinois filed its Motion for Summary Judgment or Alternatively Partial Summary Judgment, by which it seeks judgment against VForce;

WHEREAS Zurich's Motion for Summary Judgment or Alternatively Partial Summary Judgment has been fully briefed and the Court has taken the matter under submission as of May 17, 2021;

WHEREAS, pursuant to the Court's Order issued on February 10, 2021, the discovery cutoff is currently scheduled to occur on September 1, 2021;

WHEREAS the United States District Court in and for the Eastern District of California, as well as the offices of counsel for the parties, the offices of some of the parties themselves, and the offices of other companies necessary to the conducting of discovery herein, such as court reporters, were closed and/or operated at limited capacity because of the COVID-19 pandemic and related governmental orders beginning in or around March of 2020 and may remain closed and/or operating at limited capacity for these reasons today;

WHEREAS, the Stipulating Parties require additional time to complete discovery, given: (1) the proposed inclusion of Amazing Insurance and Alex Campos as additional Third-Party Defendants; (2) the COVID-19 pandemic and related closures; (3) the subsequent delay in the Court ruling upon VForce's submitted Motion for Modification of the Initial Pretrial Scheduling

Order and for Leave to Amend its Third-Party Complaint and Plaintiff Zurich American Insurance Company of Illinois' submitted Motion for Summary Judgment or Alternatively Partial Summary Judgment; and (4) the circumstances of this case, which potentially required the deposing of numerous individuals and entities spread across the country.

    NOW, THEREFORE, the Stipulating Parties hereby stipulate to an extension of the discovery cutoff for a period of 180 days until February 28, 2022.

    NOW, THEREFORE, the Stipulating Parties hereby stipulate that this document may be executed in multiple counterparts.

Dated: August 3, 2021                      HORTON VILLAGE LAW GROUP APC

By:   /s/ Lincoln V. Horton
      LINCOLN V. HORTON
      Attorney for Plaintiff ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS

Dated: August 3, 2021                      SMITH, McDOWELL & POWELL, A LAW CORPORATION

By:   /s/ Sean M. Stowers
      BRAD McDOWELL
      SEAN M. STOWERS
      Attorneys for Defendant, Cross-Claimant, and Third-Party Plaintiff VFORCE INC.

Dated: August 3, 2021                      BARNWELL LAW GROUP, P.C.

By:   /s/ Patrick C. Barnwell
      PATRICK C. BARNWELL
      Attorney for Defendant, Cross-Defendant, and Third-Party Defendant CORTECH, LLC

Dated: August 3, 2021                      McFADDEN & SHOREMAN

By:   /s/ John M. Shoreman
      JOHN M. SHOREMAN
      Attorney for Cross-Defendants and Third-Party Defendants ACCUIRE, LLC, BEAN TEAM NETWORK 2, LLC, CAPSERV, INC., MICHAEL DiMANNO, RICHARD GARDNER. KAISERKANE CONSULTING, LLC, CHARLES MUSGROVE, and MELISSA OBLESBY

**ORDER**

☐    Upon consideration of the Stipulation of all parties to this matter, it is hereby ORDERED that the Initial Pretrial Scheduling Order will be modified to reflect that the discovery cutoff will be continued for one hundred eighty (180) days. The new discovery cutoff will be February 28, 2022. All other deadlines contained within the Initial Pretrial Scheduling Order that are governed by the discovery cutoff shall be based upon the new discovery cutoff.

IT IS SO ORDERED.

Dated: August 3, 2021

                                              Troy L. Nunley
                                              United States District Judge