SMITH, McDOWELL & POWELL,
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Sean R. Sterling, SBN 340344
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100

Attorneys for Defendant, Cross-Claimant,
and Third-Party Plaintiff VFORCE INC.

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VFORCE INC., doing business as "VFORCE STAFFING SOLUTIONS", a California corporation; CORTECH, LLC, a Georgia limited liability company; and DOES one through 100, inclusive;<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS. | No. 2:18-CV-02066-TLN-CKD<br><br>**STIPULATION AND ORDER EXTENDING THE CLOSE OF DISCOVERY** |

## STIPULATION

PLEASE TAKE NOTICE THAT all parties to this case (the "Stipulating Parties") stipulate as provided below with reference to the following facts.

WHEREAS on March 2, 2021, Plaintiff Zurich American Insurance Company of Illinois ("Zurich") filed its Motion for Summary Judgment or Alternatively Partial Summary Judgment, by which it seeks judgment against VForce.

/ / /

---
1
**STIPULATION AND ORDER EXTENDING THE CLOSE OF DISCOVERY**

1  WHEREAS Zurich's Motion for Summary Judgment or Alternatively Partial Summary
2  Judgment has been fully briefed and the Court has taken the matter under submission as of May
3  17, 2021.

4  WHEREAS, pursuant to the Court's Order issued on December 9, 2021, the discovery
5  cutoff is currently scheduled to occur on August 29, 2022.

6  WHEREAS on February 1, 2022, the Court granted VForce leave to amend its Third-Party
7  Complaint. VForce filed its Second Amended Crossclaim and Third-Party Complaint, adding new
8  third-party defendants, Amazing Insurance, Inc. and Alex Campos.

9  WHEREAS, the Stipulating Parties require additional time to complete discovery, given:
10  (1) the Stipulating Parties have begun substantive settlement discussions and require additional
11  time to continue settlement discussions prior to engaging in the time and expense of further
12  discovery, which potentially requires the deposing of numerous individuals and entities spread
13  across the country; and (2) it will allow Amazing Insurance and Alex Campos necessary time to
14  conduct discovery once they have filed a response to VForce's Second Amended Crossclaim and
15  Third-Party Complaint and appeared in the instant action.

16  NOW, THEREFORE, the Stipulating Parties hereby stipulate to an extension of the
17  discovery cutoff until November 22, 2022.

18  NOW, THEREFORE, the Stipulating Parties hereby stipulate that this document may be
19  executed in multiple counterparts.

20  Dated: July 27, 2022                         HORTON VILLAGE LAW GROUP APC

21                                              By: /s/ Lincoln V. Horton
                                                    LINCOLN V. HORTON
22                                                  Attorney for Plaintiff ZURICH
                                                    AMERICAN INSURANCE COMPANY
23                                                  OF ILLINOIS

24
    Dated: July 27, 2022                         SMITH, McDOWELL & POWELL,
25                                               A LAW CORPORATION

26                                              By: /s/ Brad A. McDowell
                                                    BRAD McDOWELL
27                                                  SEAN R. STERLING
                                                    Attorneys for Defendant, Cross-Claimant,
28                                                  and Third-Party Plaintiff VFORCE INC.

Dated: July 27, 2022				BARNWELL LAW GROUP, P.C.

						By: _/s/ Patrick C. Barnwell_____
						PATRICK C. BARNWELL
						Attorney for Defendant, Cross-Defendant, and Third-Party Defendant CORTECH, LLC

Dated: July 27, 2022				McFADDEN & SHOREMAN

						By: _/s/ John M. Shoreman_____
						JOHN M. SHOREMAN
						Attorney for Cross-Defendants and Third-Party Defendants ACCUIRE, LLC, BEAN TEAM NETWORK 2, LLC, CAPSERV, INC., MICHAEL DiMANNO, RICHARD GARDNER. KAISERKANE CONSULTING, LLC, CHARLES MUSGROVE, and MELISSA OBLESBY

Dated: July 27, 2022				MORLEY MASON, PLC

						By: _/s/ Benjamin K. Mason_____
						BENJAMIN K. MASON
						Attorneys for AMAZING INSURANCE, INC. and ALEX CAMPOS

**ORDER**

Upon consideration of the Stipulation of all parties to this matter, it is hereby ORDERED that the Initial Pretrial Scheduling Order will be modified to reflect that the discovery cutoff will be continued to November 22, 2022. All other deadlines contained within the Initial Pretrial Scheduling Order that are governed by the discovery cutoff shall be based upon the new discovery cutoff.

IT IS SO ORDERED.

Date: July 27, 2022

Troy L. Nunley
United States District Judge