1
2
3
4
5
6
7
8

9       UNITED STATES DISTRICT COURT

10      FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS | No.  2:18-cv-02066-DAD-CKD |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| VFORCE INC., ET AL., | |
| Defendant. | |

| |
|---|
| VFORCE INC., a California corporation; Cross-Claimant, v. CORTECH, LLC, a Georgia limited liability company; BEAN TEAM NETWORK 2 LLC |
| Cross-claimant, |
| v. |
| CORTECH, LLC, a Georgia limited liability company; BEAN TEAM NETWORK 2 LLC, |
| Cross-defendants. |

28   /////////////

On April 28, 2021, attorney Mohammed W. Aly appeared on behalf of cross-defendants Accuire, LLC, Bean Team Network 2 LLC, Capserv, Inc., Michael A. DiManno, Richard Gardner, Kaiserkane Consulting, LLC, Charles Musgrove, Melissa Oglesby via the court's electronic case filing (ECF) system.  (ECF No. 100.)  The same day, Mr. Aly filed a petition for John M. Shoreman to appear pro hac vice before this court.  (ECF No. 101.)  The pro hac vice petition was granted on June 30, 2021.  (ECF No. 106.)

The court has been since informed that the ECF account used to enter Mr. Aly's appearance and Mr. Shoreman's pro hac vice petition does not belong to Mr. Aly.  Accordingly, Mr. Aly and Mr. Shoreman are ordered to show cause as to why they should not be sanctioned for improper use of the court's ECF system.  Mr. Aly and Mr. Shoreman shall respond to this order in writing by September 15, 2023.

IT IS SO ORDERED.

Dated:  September 5, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,zuri.2066

2