UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS<br><br>Plaintiffs,<br><br>v.<br><br>VFORCE INC., ET AL.,<br><br>Defendant. | No. 2:18-cv-02066-DAD-CKD<br><br>ORDER |
| VFORCE INC., a California corporation; Cross-Claimant, v. CORTECH, LLC, a Georgia limited liability company; BEAN TEAM NETWORK 2 LLC<br><br>Cross-claimant,<br><br>v.<br><br>CORTECH, LLC, a Georgia limited liability company; BEAN TEAM NETWORK 2 LLC,<br><br>Cross-defendants. | |

////

////

1

On September 5, 2023, the court ordered that Attorney Mohammed Aly and Attorney John Shoreman show cause as to why they should not be sanctioned for improper use of the court's ECF system. (ECF No. 156.) Both individuals provided timely responses to the court's order. (ECF Nos. 161, 162.)

According to both parties, Mr. Aly agreed to appear as local counsel in several of Mr. Shoreman and Mario Williams' lawsuits in California; however, a dispute exists regarding the extent of the agreement. According to Mr. Shoreman, the agreement with Mr. Aly to serve as local counsel extended to the present case. (ECF No. 161 at 1, "Muhammed Aly was engaged by NDH, LLC to serve as local counsel for several cases pending in California, including the above-captioned case.") It remains unclear whose credentials were used to file documents on behalf of Mr. Aly. However, Mr. Shoreman's response states that any improper ECF usage was due to "inadvertent law office error." (Id. at 2.) Mr. Shoreman maintains that "Mr. Aly consented to serve as local counsel and received compensation for that role." (Id.)

Mr. Aly states that he "agreed to serve as local counsel for an employment discrimination case in Los Angeles, a lawsuit involving NDH in northern California, and a civil case in Orange County." (ECF No. 162 at 1.) Mr. Aly further states, "I do not represent 'cross-defendants Accuire, LLC, Bean Team Network 2 LLC, Capserv, Inc., Michael A. DiManno, Richard Gardner, Kaiserkane Consulting, LLC, Charles Musgrove, [or] Melissa Oglesby.' I have never had any agreement, written or otherwise, authorizing me to represent those individuals and entities, and I have never communicated with any of them. Mario Williams, John M. Shoreman, and their law firms Nexus Derechos Hermanos (NDH) and Humanity Dignity Rights (HDR) submitted my appearance in this matter without my knowledge or permission and fraudulently concealed this fact from me. I have never worked for either law firm." (Id.)

Neither party has submitted a copy of any agreement between Mr. Aly and Mr. Shoreman's law firm, NDH, LLC.

/////
/////
/////

1    Considering the apparent discrepancies between the responses, the court orders both
2  parties to appear for a hearing on the Order to Show Cause on **October 24, 2023, at 10:00 a.m**.
3  before the undersigned. The hearing will be conducted via Zoom.
4    The Clerk of the Court is further ordered to notify Mr. Aly by email of the hearing date
5  and time.
6    IT IS SO ORDERED.
7  Dated:  September 18, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12  21,zuri.2066