**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS, a New York Corporation,<br><br>                        Plaintiff,<br>v.<br><br>VFORCE STAFFING, INC., et al.,<br><br>                        Defendants. | Civil Action No.<br>2:18-cv-02066-DAD-CKD |

**ORDER**

Counsel for Accuire LLC shall reply to the Further Response to Order to Show Cause (ECF No. 173) no later than December 22, 2023.  **IT IS SO ORDERED**.

Dated:  December 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,zuri.2066