LINCOLN V. HORTON (SBN 165238)
HORTON VILLAGE LAW GROUP, APC
lhorton@hortonvillagelaw.com
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Telephone: 858.832.8685

Attorneys for Plaintiff ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VFORCE INC., CORTECH, LLC and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS | Case No.  2:18-cv-02066-DAD-CKD<br><br>**ORDER GRANTING LEAVE TO ZURICH TO FILE MOTION FOR SUMMARY JUDGMENT AND FOR A SHORT CONTINUANCE OF FILING DEADLINE**<br><br>Judge: Hon. Dale A. Drozd<br>Ctrm:   4 - 15th Floor<br><br>Complaint Filed:  July 28, 2018 |

　　　　The Court having considered the Stipulation of the parties to allow Plaintiff Zurich American Insurance Company of Illinois ("Zurich") to file a second Motion for Summary Judgment in this matter, and for a one-week extension of the case deadline to file dispositive motions, and finding just cause therefor, rules as follows:

　　　　1.　　Zurich is granted leave to file a second Motion for Summary Judgment.

/////

/////

1

2. The filing cut-off for all dispositive motions, except for motions for continuances, temporary restraining orders, or other emergency applications, is extended two weeks to July 22, 2024.

IT IS SO ORDERED.

Dated:  **July 9, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE